UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FREDERICK G. DONNELLY,

                    Plaintiff,

       -against-

RICKY L. SHERER,

                    Defendant.

-----------------------------------------------------------------X
-----------------------------------------------------------------X

FREDERICK G. DONNELLY,

                    Plaintiff,

       -against-

AMERICAN CARBONATION CORPORATION,

                    Defendant.

-----------------------------------------------------------------X

**ORDER**

**19-CV-2121 (KHP)**

**19-CV-6030 (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2021

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The parties having submitted stipulations of dismissal in both the above-captioned cases, the Court hereby directs the Clerk of Court to close both cases on the public docket.

       SO ORDERED.

DATED:    June 14, 2021
               New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge